Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Tel: 949.200.8755 / Fax: 866.843.8308
Attorneys for Plaintiff:
JAMES RUTHERFORD

Michael B. Wilson (SBN 233633)
michael@lexinc.la
**CURAT LEX, INC.**
611 Wilshire Blvd., Suite 325
Los Angeles, CA 90017
Tel: (213) 627-2771 / Fax: (213) 443-9449

Attorneys for Defendant
Yunan C. Future Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>YUNAN C. FUTURE INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-01755-SB-SP<br><br>Hon. Stanley Blumenfeld, Jr.<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: August 28, 2020<br>Trial Date: None |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JAMES RUTHERFORD ("Plaintiff") and YUNAN C. FUTURE INC. ("Defendants"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: December 11, 2020     **MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
  Joseph R. Manning, Jr.
  Attorney for Plaintiff
  James Rutherford


DATED: December 11, 2020     **CURAT LEX, INC.**

By: /s/ *Michael B. Wilson, Esq.*
  Michael B. Wilson, Esq.
  Attorneys for Defendants
  Yunan C. Future Inc.


**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 11, 2020                By: /s/ *Joseph R. Manning, Jr.*