FILED
CLERK, U.S. DISTRICT COURT

December 11, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> YUNAN C. FUTURE INC., a California corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:20-cv-01755-SB-SP <br><br> **ORDER DISMISSAL WITH PREJUDICE** |

1

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Yunan C. Future Inc. ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: December 11, 2020



_____
UNITED STATES DISTRICT JUDGE